# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wesley Tyler Grace, | ) | |
| | ) | Case No. 1:18-cr-216 |
| Defendant. | ) | |

Defendant is charged in an Indictment with two offenses: (1) conspiracy to distribute and possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846; and (2) distribution of heroin in violation of 21 U.S.C. § 841(a)(1). He is being held at the Burleigh Morton Detention Center pending placement at a residential facility.

On November 5, 2019, defendant filed a Motion for Furlough. He requests to be temporarily released on November 14, 2019, so that he can go to local clinic for a physical.

There being no objection from the United States, defendant's motion (Doc. No. 36) is **GRANTED**. Defendants shall be temporarily released to his step-father no earlier than 12:00 p.m. on November 14, 2019, for transport to his physical. Defendant temporary release shall be subject to the following conditions:

(1)      Defendant shall refrain from any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants.

(2)      Defendant shall not knowingly or intentionally have any direct or indirect contact with any co-defendants.

Defendant shall return to the Burleigh Morton Detention Center by 4:00 p.m. on November 14, 2019. Upon his return he shall be remanded back into custody pending a placement at a residential facility or upon further order of the court. Additionally, he shall submit to drug and alcohol screening if so directed to verify compliance with the conditions of his temporary release.

**IT IS SO ORDERED.**

Dated this 13th day of November, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court